Case 1:25-mj-00204-GMH   Document 1-1   Filed

Case: 1:25-mj-00204
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/4/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

All of the following events occurred in the District of Columbia unless otherwise noted. The following statement is presented for the sole purpose of establishing probable cause and does not represent the totality of facts and circumstances known to your affiant, Special Agent Alexander Sims of the ATF. Your affiant was not on the scene of the stop, arrest or detention of the defendant. Your affiant therefore did not witness any part of this offense nor does your affiant have any first person knowledge of the circumstances leading to the stop or the stop itself. The affiant has not had the opportunity to review all reports, body-worn camera footage, or other materials that may be relevant to the events described herein. The statements contained in this complaint are therefore made in good faith and are true and correct to the best of the affiant's knowledge, information, and belief at this time, but are not intended to encompass every fact known to law enforcement regarding this investigation. The following statement is based solely on the statement and observations of MPD Officer Evan Zelesnick.

On September 3, 2025, at approximately 3:15 am, outside and in front of 3094 Stanton Road, SE, Washington, D.C. 20020, officers from the Seventh District Special Missions Unit (SMU) were working the midnight tour of duty. Officers were wearing full police uniform and utilizing marked police cruisers. Officers were working with the Drug Enforcement Agency (DEA), Secret Service (USSS), Department of Alcohol, Tobacco, Firearms Agency (ATF) and Federal Bureau of Investigation (FBI) who were wearing plain clothes and utilizing unmarked police cruisers.

Officers were on active patrol in the Stanton Glen Apartment complex, when they saw a black Hyundai Sonata, with only one running headlight, bearing DC tags enter the apartment complex driving towards them. Officers attempted to turn around and conduct a traffic stop for the

listed infraction (NOI# 7924955835). As officers got behind the vehicle, they could see and hear the listed vehicle spinning tires in an attempt to get away from officers. Officers witnessed the listed vehicle quickly park in front of 3094 Stanton Road, SE, Washington, D.C. 20020.

Officers witnessed Richard Little (hereinafter "Defendant Little"), exit the driver seat with a black and green backpack in his hand. Defendant Little then looked at the officers and began walking quickly away from the vehicle. It should be noted that two other occupants also quickly exited the vehicle, but officer witnessed Defendant Little exit the driver seat.

As officers exited their marked scout car, Defendant Little began to run. Officers followed Defendant Little as he ran up the stairs of 3094 Stanton Rd. and entered the apartment building. Officers witnessed Defendant Little jump down a flight of stairs and smash into Apartment 101, located at 3094 Stanton Rd. Defendant Little put his shoulder into the apartment door with such force that it caused the door to swing open and ripped the door frame off the wall. *See* Figures 1 and 2, below.



**Figure 1: Door Frame of Apartment.**

3



**Figure 2: Door Frame of Apartment.**

Officers then witnessed Defendant Little run into the apartment and making a left down the apartment hallway as he looked over his shoulder at officers. It should be noted that W1 witnessed this entire interaction.

Officers then witnessed V1 emerge from one of the back bedrooms screaming running towards officers. Officers attempted to slow the scene down and investigate the burglary officers just witnessed. As officers were interviewing V1, Defendant Little re-appeared from the rear left

hallway (The same place officers witnessed Defendant Little flee). At this time Defendant Little no longer had the backpack he was seen fleeing with.

Officers were able to interview all individuals involved separately. Officers spoke to V1. When asked who Defendant Little is in relation to V1, she stated that she "talks to" Defendant Little. She confirmed that she was not married to him, she was putting her child to bed when all of a sudden she heard a big bang and witnessed Defendant Little running into the apartment with a bag. V1 then stated she saw that her door frame was on the floor, the door swing open, and officers standing in the door way. V1 stated that the damage to the door was caused by Defendant Little and the door was not broken previously to Defendant Little forcing his way in.

W1 stated that he was sitting on the couch when all of a sudden the apartment door smashed open causing the damage to the door. W1 stated he saw Defendant Little run into the apartment with the police right behind him.

During the investigation V1 (leaseholder of the apartment) brought officers to the room where Defendant Little was seen fleeing with the bag. Officers saw a black and green backpack with the zipper wide open. Officers could see the handle of a firearm hanging out of the backpack. *See* Figure 3, below. Officer Roby asked Officer Zelesnick to look at the backpack. Officer Zelesnick confirmed that the backpack on the ground was the same bag he saw Defendant Little possess.



**Figure 3: Open Backpack with Handle of Firearm in Plainview.**

Officer Zelesnick also had ATF Agent Coppola look at the backpack, and she also confirmed that the bag was the backpack officers she saw Defendant Little possess. Officers then secured the backpack and the firearm inside. Defendant Little was subsequently placed under arrest.

A probable cause search of the backpack was conducted which revealed the following:

- (1) Black Glock 22 Handgun SN: VVY019. (1) round of .40 caliber ammunition in the chamber and (14) in the magazine. Magazine had a listed capacity of 15.
- (168) Oxycodone pills
- (1) Morphine Sulfate extended-release pill
- 3.6 ounces of packaged Marijuana
- (1) Jar of Hashish weighing 0.2 ounces
- Defendant Little's Driver's License
- Defendant Little's Virginia Court Papers
- Multiple Debit/Credit Cards with Defendant Little's name on it
- $700 US Currency



**Figure 4: Black Glock 22 Handgun SN VVY019; 15-Round Magazine; and 168 Oxycodone pills.**



Figure 5: Packaged Marijuana and $700 in Recovered Currency.



Figure 6: Defendant Little's Driver's License and Credit Cards.



Figure 7: Defendant Little's Virginia Court Papers.

The firearm appeared to be fully functional, capable of expelling a projectile by the means of an explosive action, has a barrel less than 12 inches, and the ability to be used by a single hand. It should be noted that there are no firearm manufactures in the District of Columbia.

A criminal history check revealed that Defendant Little was convicted of Unlawful Possession of a Firearm on January 21, 2021, in D.C. Superior Court case 2020 CF2 4178. On that

9

date, the defendant was sentenced to 24 months' incarceration, with a mandatory minimum of 12 months' incarceration. As such, on the date of his arrest in the instant case, Defendant Little was aware that he had been previously convicted of a crime that was punishable by more than a year. This conviction also made Defendant Little ineligible to have a concealed pistol carry permit in the District of Columbia. A check on the D.C. Gun Registry Database revealed the defendant was not licensed to possess a firearm in the District of Columbia. A WALES/NCIC of the serial number on the firearm showed it was not registered in the District of Columbia.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Defendant Little was subsequently charged with Burglary in the First Degree, Felon in Possession, Possession of an Unregistered Firearm, Possession of Unregistered Ammunition, Possession of a Large Capacity Feeding Device, Unlawful Discarding of Firearms/Ammunition, Possession with Intent to Distribute a Controlled Substance, Possession of a Controlled Substance, and Destruction of Property.

_____
SPECIAL AGENT ALEXANDER SIMS
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of September 2025.*

_____
THE HONORABLE G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE